1002

**Charles CORNERZ, Appellant, v. UNITED STATES of America, Appellee.**

No. 7014.

Circuit Court of Appeals, Fifth Circuit.

March 17, 1934.

George P. Nosacka, of New Orleans, La., for appellant.

Rene A. Viosca, U. S. Atty., and W. H. Norman, Asst. U. S. Atty., both of New Orleans, La., for the United States.

Before BRYAN, FOSTER, and HUTCHESON, Circuit Judges.

BY THE COURT.

This is an appeal from a judgment of conviction for violations of the National Prohibition Act (27 USCA). Upon the authority of United States v. Chamber (U. S.) 54 S. Ct. 434, 78 L. Ed. —— (opinion filed Feb. 5, 1934), the judgment is reversed and annulled.

**Joseph COSSIBOIN, Appellant, v. UNITED STATES of America, Appellee.**

No. 6920.

Circuit Court of Appeals, Fifth Circuit.

March 20, 1934.

R. A. Dowling, of New Orleans, La., for appellant.

Rene A. Viosca, U. S. Atty., and William H. Norman, Asst. U. S. Atty., both of New Orleans, La., for the United States.

Before BRYAN, HUTCHESON, and WALKER, Circuit Judges.

BY THE COURT.

This is an appeal from a judgment of conviction for violations of the National Prohibition Act (27 USCA). Upon the authority of United States v. Chamber (U. S.) 54 S. Ct. 434, 78 L. Ed. —— (opinion filed Feb. 5, 1934), the judgment is reversed and annulled.

**DEFIANCE COAL COMPANY v. Guy T. HELVERING, Commissioner of Internal Revenue.**

No. 1060.

Circuit Court of Appeals, Tenth Circuit.

March 21, 1934.

Hodges, Wilson & Rogers, of Denver, Colo., for petitioner.

Robert H. Jackson, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Petition dismissed on motion of petitioner.

**L. C. DILKS v. COMMISSIONER OF INTERNAL REVENUE.**

No. 4898.

Circuit Court of Appeals, Seventh Circuit.

Jan. 30, 1934.

Donald Horne, of New York City, for petitioner.

J. P. Jackson, of Washington, D. C., for respondent.

Before EVANS, SPARKS, and FITZHENRY, Circuit Judges.

PER CURIAM.

Now this day come the parties by their counsel, and this cause now comes on to be heard on the printed record and briefs of counsel, and on oral arguments. On consideration whereof, it is now here ordered and adjudged by this court that the decision entered in this cause on June 7,